FILED by EG D.C.
ELECTRONIC

Oct 11 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO.: 05-80621-CIV-RYSCAMP/VITUNAC

ASTELLAS US LLC, ASTELLAS PHARMA
US, INC., and KING PHARMACEUTICALS
RESEARCH AND DEVELOPMENT, INC.,

    Plaintiffs,

v.

SOUTH FLORIDA NUCLEAR MEDICINE,
P.A., d/b/a BOCA NUCLEAR MEDICINE,
INC., NORTH MIAMI NUCLEAR
MEDICINE, INC., and MIAMI BEACH
NUCLEAR MEDICINE, INC., NUCLEAR
MEDICINE SCANNING, P.A., d/b/a
NUCLEAR MEDICINE SCANNING, INC.,
MEDICAL IMAGING AND
MANAGEMENT, INC., CARDIO NUCLEAR
DIAGNOSTIC INC., CARL LACNY, N.
HENRY PEVSNER, M.D., DENNIS
STERNBERG, and RICHARD DECARLO,

    Defendants.

_____/

## COMMUNICATION

The subject matter has been settled, and Defendants have executed both a Settlement Agreement and a Consent Judgment. It is Defendants' understanding that these documents are presently being executed by Plaintiff, and will be filed with the Court shortly.

The filing of this Communication has been agreed upon by Plaintiff's counsel.

Respectfully submitted,

By:   /s/ Richard L. Horn
      J. RODMAN STEELE, JR.
      Florida Bar No.: 356786
      RICHARD L. HORN
      Florida Bar No. 0091988
      AKERMAN SENTERFITT
      Esperante Building, 4th Floor
      222 Lakeview Avenue, Suite 400
      West Palm Beach, Florida 33401
      Telephone: (561) 653-5000
      Facsimile: (561) 659-6313

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been E-filed with the court and a copy has been served via U.S. Mail upon: **L. MARTIN REEDER, JR., ESQ.**, Reeder & Reeder P.A., 250 S. Central Blvd., Suite 200, Jupiter, FL 33458, *Attorneys for Astella US LLC and Astellas Phama US, Inc.*, **CHARLES E. LIPSEY, ESQ.**, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675, *Attorneys for Astella US LLC and Astellas Phama US, Inc.*, **SUSAN H. GRIFFEN, ESQ., PATRICK J. COYNE, ESQ.**, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001-4413, *Attorneys for Astella US LLC and Astellas Phama US, Inc.*, **BRIAN M. POISSANT, ESQ., F. DOMINIC CERRITO, ESQ., GASPER J. LAROSA, ESQ.**, Jones Day, 222 East 41 Street, New York, NY 10017, *Attorneys for King Pharmaceuticals Research and Development, Inc.*, **GERRY S. GIBSON, ESQ.**, Steel, Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL 33401, *Attorneys for King Pharmaceuticals Research and Development, Inc.* on this 11th day of October, 2005.

                        /s/ Richard L. Horn
                        RICHARD L. HORN