L. Martin Reeder, Jr. (Florida Bar No.: 308684)
REEDER & REEDER P.A.
250 S. Central Blvd., Suite 200
Jupiter, Florida 33458
(561) 575-9750 Telephone
(561) 575-9765 Facsimile
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675

Susan H. Griffen
Patrick J. Coyne
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Attorneys for Plaintiffs,
ASTELLAS US LLC and ASTELLAS PHARMA US, INC.

Gerry S. Gibson
STEEL, HECTOR & DAVIS, LLP
1900 Phyllips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
(561) 650-7200

Brian M. Poissant
F. Dominic Cerrito
Gasper J. LaRosa
JONES DAY
222 East 41 Street
New York, New York 10017

Attorneys for Plaintiff, KING PHARMACEUTICALS RESEARCH
AND DEVELOPMENT, INC.

**FILED by** _____ **D.C.**
**NOV - 8 2005**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ~~ASTELLAS US LLC, ASTELLAS PHARMA US, INC.,~~ and KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., ) ) ) | Civil Action No. 05-80621- RYSKAMP/VITUNAC |
| Plaintiffs, ) | |
| v. ) | |
| SOUTH FLORIDA NUCLEAR MEDICINE, P.A., d/b/a BOCA NUCLEAR MEDICINE, INC. and NORTH MIAMI NUCLEAR MEDICINE, INC. and MIAMI BEACH NUCLEAR MEDICINE, INC., NUCLEAR MEDICINE SCANNING, P.A., d/b/a NUCLEAR MEDICINE SCANNING, INC., MEDICAL IMAGING & MANAGEMENT, INC., CARDIO NUCLEAR DIAGNOSTIC INC., CARL LACNY, N. HENRY PEVSNER, M.D., DENNIS STERNBERG, and RICHARD DECARLO, ) ) ) ) ) ) ) | **FINAL JUDGMENT ON CONSENT** |
| Defendants. ) | |



# FINAL JUDGMENT ON CONSENT

Plaintiffs (1) Astellas US LLC ("Astellas US"); (2) Astellas Pharma US, Inc. ("Astellas Pharma") (Astellas US and Astellas Pharma hereinafter collectively referred to as "Astellas"); and (3) King Pharmaceuticals Research and Development, Inc. ("King"); and Defendants (4) South Florida Nuclear Medicine, P.A. (doing business as Boca Nuclear Medicine, Inc., North Miami Nuclear Medicine, Inc., and Miami Beach Nuclear Medicine, Inc.) ("South Florida"); (5) Nuclear Medicine Scanning, P.A. (doing business as Nuclear Medical Scanning, Inc.) ("Nuclear Medicine"); (6) Medical Imaging & Management, Inc. ("Medical Imaging"); (7) Cardio Nuclear Diagnostic Inc. ("Cardio Nuclear"); (8) Carl Lacny ("Lacny"); (9) N. Henry Pevsner, M.D. ("Dr. Pevsner"); (10) Dennis Sternberg ("Sternberg"); and (11) Richard DeCarlo ("DeCarlo") (South Florida, Nuclear Medicine, Medical Imaging, Cardio Nuclear, Lacny, Dr. Pevsner, Sternberg, and DeCarlo hereinafter collectively referred to as "Defendants") hereby stipulate and consent to judgment in this action as follows:

the Court HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. The Court dismisses the Complaint, without prejudice, as to defendant Nuclear Medicine Scanning, P.A.

3. King is the assignee of U.S. Patent No. 5,070,877 ("the '877 patent") and Astellas is the exclusive licensee of certain rights in the '877 patent.

4. The claims of the '877 patent are all valid and enforceable and the Defendants expressly waive the right to challenge the validity or enforceability of the claims of the '877 patent in any future litigation.

5. The claims of the '877 patent encompass the use of adenosine in connection with myocardial perfusion imaging, which is a technique that involves a radioactive tracer to study blood flow to the heart muscle to detect the presence or assess the severity of coronary artery disease or myocardial dysfunction.

6. Astellas manufactures and sells Adenoscan®, an adenosine-based product for inducing pharmacological stress on the heart approved by the Food and Drug Administration (FDA) for use in myocardial perfusion imaging; and the FDA-approved method of using Adenoscan® is covered by one or more of the claims of the '877 patent.

7. This Court finds that the use of compounded bulk grade laboratory adenosine in patients as a substitute for Adenoscan® in myocardial perfusion imaging, constitutes direct patent infringement of the '877 patent. This court also finds, therefore, that use of compounded bulk grade laboratory adenosine by Defendants South Florida, Nuclear Medicine, Medical Imaging, Cardio Nuclear, Lacny, Dr. Pevsner, Sternberg, and DeCarlo as a substitute for Adenoscan® in performing myocardial perfusion imaging, constitutes direct patent infringement of the '877 patent under 35 U.S.C. § 271(a).

8. This Court further finds that Defendants' activities have induced physicians performing myocardial perfusion imaging at Defendants' facilities to infringe one or more claims of the '877 patent.

9. This Court also finds that there is no substantial non-infringing use for any adenosine product especially adapted for use as a pharmacological stress agent in myocardial perfusion imaging, including but not limited to, the product Defendants provided to physicians for use in myocardial perfusion imaging in Defendants' facilities. This Court finds, therefore, that the product supplied by Defendants is not a staple article or commodity of commerce suitable for substantial non-infringing use; and that Defendant's offering and providing of such product to physicians performing myocardial perfusion imaging at Defendants' facilities have constituted contributory infringement of the '877 patent under 35 U.S.C. § 271(c).

10. This Court further finds that the defendant erred in using a generic formulation and ceased using that material shortly after being notified by Astellas.

11. Based on the foregoing findings of this Court, Defendants and their officers, agents, employees, attorneys, and related companies, and any person acting for, with, by, through, or under them, or any person in active concert or participation with them who receives a copy of this Order (hereinafter, jointly and severally, "Enjoined Entities"), shall immediately be RESTRAINED, ENJOINED, AND PREVENTED from making, using, offering, importing, selling or providing an adenosine product (other than Astellas's Adenoscan®) in a form or in an amount especially adapted for use as or otherwise known to be intended for use as a pharmacological stress agent for myocardial perfusion imaging studies.

12. The injunction provisions of this Judgment on Consent shall automatically terminate upon the earliest of: (a) the expiration of the '877 patent; or (b) a final

judgment by a court of competent jurisdiction from which no appeal has been or can be taken that all of the claims of the '877 patent are invalid or unenforceable. Provided, however, that Defendants may move the Court to limit or terminate these additional injunction provisions with respect to any of the claims of the '877 patent at issue in this case, if such claims have been invalidated or held to be unenforceable in a final judgment by a court of competent jurisdiction from which no appeal has been or can be taken.

13. This Court retains jurisdiction to supervise performance under this Final Judgment on Consent.

14. Each party shall bear its own costs and attorneys' fees.

Dated this 17 day of ~~August~~ *October* 2005.

/s/ Martin Reeder

L. Martin Reeder, Jr. (Florida Bar No. 308684)
REEDER & REEDER P.A.
250 S. Central Blvd., Suite 200
Jupiter, Florida 33458
(561) 575-9750  Telephone
(561) 575-9765  Facsimile

Of Counsel:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675

Susan H. Griffen
Patrick J. Coyne
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Attorneys for Plaintiffs, ASTELLAS US LLC and ASTELLAS PHARMA US, INC.

Dated this 2nd day of ~~August~~ *November* 2005.

/s/ G.S. Gibson

Gerry S. Gibson
STEEL, HECTOR & DAVIS, LLP
1900 Phyllips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
(561) 650-7200

F. Dominic Cerrito
Brian M. Poissant

Gasper J. LaRosa
JONES DAY
222 East 41 Street
New York, New York 10017
Attorneys for Plaintiff,

KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.

Dated this 30 day of ~~August~~ *Sept.* 2005.

/s/ J. Rodman Steele, Jr.

J. Rodman Steele, Jr.
AKERMAN SENTERFITT
Esperante Building
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401-6183
(561) 671-3650  Telephone
(561) 659-6313  Facsimile

Attorney for Defendants,
SOUTH FLORIDA NUCLEAR MEDICINE, P.A. D/B/A BOCA NUCLEAR MEDICINE, INC., NORTH MIAMI NUCLEAR MEDICINE, INC., AND MIAMI BEACH NUCLEAR MEDICINE, INC.; NUCLEAR MEDICINE SCANNING, P.A. D/B/A NUCLEAR MEDICAL SCANNING, INC.; MEDICAL IMAGING & MANAGEMENT, INC.; CARDIO NUCLEAR DIAGNOSTIC INC.; CARL LACNY; N. HENRY PEVSNER, M.D.; DENNIS STERNBERG; AND RICHARD DECARLO

SO ORDERED.

Dated: 11/3/05

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE